**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (*If known*): _____  Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Lake Spofford Cabins, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   02 - 0380982

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 1A Spofford Cabins Way | 90 Greenwich Avenue |
   | Number   Street | Number   Street |
   | | P.O. Box |
   | Spofford     NH     03462 | Greenwich     CT     06830 |
   | City     State     ZIP Code | City     State     ZIP Code |
   | Cheshire | **Location of principal assets, if different from principal place of business** |
   | County | Number   Street |
   | | City     State     ZIP Code |

5. **Debtor's website** (URL)   _____

Debtor  Lake Spofford Cabins, Inc.
        Name                                             Case number (if known) _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
      7212

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☐ No
   - ☑ Yes.  District  New Hampshire    When  10/29/2023    Case number  23-10569
                                              MM / DD / YYYY
              District _____  When _____  Case number _____
                                                  MM / DD / YYYY

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page **2**

Debtor  **Lake Spofford Cabins, Inc.**                                       Case number (*if known*)_____
       Name

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br> List all cases. If more than 1, attach a separate list. | ☒ No <br> ☐ Yes.  Debtor _____   Relationship _____ <br>         District _____   When _____ <br>                                                    MM / DD / YYYY <br>         Case number, if known _____ |
| 11. | **Why is the case filed in *this district*?** | Check all that apply: <br> ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** (*Check all that apply.*) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>    What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br><br> **Where is the property?** _____ <br>                                    Number     Street <br>         _____ <br>         _____       ____  _____ <br>         City                                           State  ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☒ Yes.  Insurance agency  Foremost/The Insurance Source, Inc., 82 Court St., Keene, NH 03431 <br>         Contact name _____ <br>         Phone  603-357-2219 |

### Statistical and administrative information

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | Check one: <br> ☒ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. | **Estimated number of creditors** | ☒ 1-49         ☐ 1,000-5,000       ☐ 25,001-50,000 <br> ☐ 50-99        ☐ 5,001-10,000      ☐ 50,001-100,000 <br> ☐ 100-199      ☐ 10,001-25,000     ☐ More than 100,000 <br> ☐ 200-999 |

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page **3**

Debtor  Lake Spofford Cabins, Inc.  
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/03/2025  
MM / DD / YYYY

✗ /s/ Louis P. Pittocco                    Louis P. Pittocco  
Signature of authorized representative of debtor    Printed name

Title  
__President__

**18. Signature of attorney**

✗ /s/ William J. Amann, Esq.    Date  03/03/2025  
Signature of attorney for debtor           MM / DD / YYYY

William J. Amann, Esq.  
Printed name

Amann Burnett PLLC  
Firm name

757 Chestnut Street  
Number    Street

Manchester                    NH      03104  
City                          State   ZIP Code

603-696-5404                  wamann@amburlaw.com  
Contact phone                 Email address

59055                         NH  
Bar number                    State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

## UNANIMOUS WRITTEN CONSENT & CORPORATE RESOLUTION AND VOTE OF PRESIDENT, CHAIRMAN OF THE BOARD OF DIRECTORS & SOLE SHAREHOLDER & SOLE DIRECTOR OF LAKE SPOFFORD CABINS, INC., LOUIS P. PITTOCCO, ESQ.

The undersigned, being the President, Chairman of the Board of Directors, sole shareholder and sole Director of LAKE SPOFFORD CABINS, INC., (the "Company"), a corporation organized under the laws of the State of New Hampshire, acting in accordance with the Company's articles of organization and by-laws and the provisions of the General Corporation Law of New Hampshire, hereby adopt and consent to the adoption of the following resolutions:

WHEREAS, previously, the only shareholders of the Company were Anthony Martini and Marisa Martini, as joint tenants; Marisa Martini died in 2017; Anthony Martini died in 2019; Louis Pittocco, Esq. is the Executor in the Estate of Anthony Martini, no. 313-2019-ET-00557; as the sole shareholder, Louis Pittocco, Esq., Executor, appointed himself as the sole Director; as the sole Director of the Company, Louis Pittocco, Esq., Executor, appointed himself as the President of the Company; Louis Pittocco, Esq., Executor, as the sole shareholder, Director, and President, makes the following resolutions:

RESOLVED: That the Company pursue the reorganization of its business through a Chapter 11 petition and Plan to be proposed by the Company in a Chapter 11 bankruptcy case commenced by the Company in and for the District of New Hampshire.

FURTHER RESOLVED:
That Louis P. Pittocco, Esq., President and sole Director of the Company, is hereby designated and appointed as an authorized officer of the Company ("Authorized Officer") and is hereby authorized to take such actions as such Authorized Officer deems appropriate to effect the first vote above including, without limitation, (i) to prepare and file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code, (ii) to execute on behalf of the Company such petition, schedules and statements as the Authorized Officer may deem necessary or appropriate in connection therewith, (iii) to cause the Company to perform its functions and duties as a debtor-in-possession pursuant to the applicable provisions of the Bankruptcy Code, (iv) to take such steps on behalf of the Company as may be necessary or appropriate to the Company's Chapter 11 case, including, without limitation, negotiating or otherwise obtaining authority for use of cash collateral, post-petition financing, the assumption or rejection of executo1y contracts and unexpired leases, the sale or other disposition of property other than in the ordinary course of business; and the investigation and prosecution of claims and causes of action

held by the Company and its bankruptcy estate, (v) to negotiate, prepare and propose to creditors such Chapter 11 plan as the Authorized Officer may deem to be feasible and in the best interests of the Company, (vi) to file any pleading appropriate or necessary for the Company to seek relief under any other chapter of the Bankruptcy Code, and (vii) to execute such fu1ther documents and do such further acts as the Authorized Officer may deem necessa1y or appropriate with respect to the foregoing, including the delegation of such foregoing authority to other officers and employees of the Company or to attorneys, accountants, or other professionals employed by the Company, the execution of any document or the doing of any act by the Authorized Officer in connection with such proceedings to be conclusively presumed to be authorized by this resolution;

FURTHER RESOLVED: That the law firm of Amann Burnett, PLLC and William J. Amann, Esq., of that firm is hereby retained as counsel under general retainer to advise and represent the Company in all proceedings commenced under or resulting from these resolutions and that the Company compensate such counsel for its services at its hourly rates in effect at the time such services are rendered, provided that the Authorized Officer may cause the Company to agree to pay a premium over or obtain a discount from such hourly rates by subsequent agreement with such counsel and to reimburse such counsel in full for its cash disbursements and for such expenses as such counsel customarily bills to its clients, and that the Authorized Officer is hereby authorized to enter into such agreements as may be necessary or appropriate to effect such retention;

This unanimous written consent, resolution and vote of the President, Chairman of the Board of Directors & Sole Shareholder & Sole Director of the Company shall be lodged in the corporate records of the Company and pursuant to LBR 1004-2 (c), this duly executed instrument shall constitute full authority of the Company to file a Chapter 11 Bankruptcy in and for the District of New Hampshire and its vote is hereby noted and shall be recorded in the Company's records forthwith.

Lake Spofford Cabins, Inc.

DATED: 3-3-2025

By its duly Authorized Officer, President, Chairman of the Board of Directors, DPT, CEO, sole shareholder and sole Director